### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In Re:   GEORGE LYLES JR                              §
                                                      §   Case No.: 09-06108
                                                      §
                                                      §
                                                      §
                                                      §
         Debtor(s)                                    §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 02/25/2009.

2) This case was confirmed on 04/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/05/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/05/2011.

6) Number of months from filing to the last payment:  22

7) Number of months case was pending:  23

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    18,551.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 10,443.40 |
| Less amount refunded to debtor | $ 49.33 |
| **NET RECEIPTS** | $ 10,394.07 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,200.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 690.45 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,890.45 |
| Attorney fees paid and disclosed by debtor | $ 300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMKAY MOTORS | SECURED | 2,999.00 | .00 | 2,999.00 | 1,102.40 | 199.63 |
| INTERNAL REVENUE SER | PRIORITY | 21,000.00 | 2,515.48 | 2,515.48 | 2,515.48 | .00 |
| DEANNA LYLES | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | OTHER | .00 | NA | NA | .00 | .00 |
| SCHOTTLER & ASSOCIAT | PRIORITY | 3,200.00 | NA | NA | .00 | .00 |
| SALLIE MAE EDUCATION | UNSECURED | 9,482.84 | 9,118.82 | 9,118.82 | 564.51 | .00 |
| SLM FIN COP | UNSECURED | 8,788.75 | NA | NA | .00 | .00 |
| SLM FIN COP | UNSECURED | 8,888.14 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,500.00 | 2,619.70 | 2,619.70 | 162.18 | .00 |
| JEFFERSON CAPITAL IM | UNSECURED | 580.78 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 86.77 | NA | NA | .00 | .00 |
| BAROUKH RADFAR MDSC | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | 32.25 | NA | NA | .00 | .00 |
| CARDIAC CONSULTING G | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| CARDIAC CONSULTING G | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| CARDIAC CONSULTING G | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| CARMELLA BARRETT PER | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 692.71 | 692.71 | 692.71 | 38.44 | .00 |
| CHICAGO TRIBUNE | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| NATIONWIDE STUDIOS I | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | 12.50 | NA | NA | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | 32.25 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CALUMET CITY WATER D | UNSECURED | 777.54 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 500.00 | 1,491.00 | 1,491.00 | 82.74 | .00 |
| AT&T | UNSECURED | 73.46 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | 73.46 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,173.76 | 926.67 | 926.67 | 51.43 | .00 |
| ALLSTATE INSURANCE | UNSECURED | 162.84 | NA | NA | .00 | .00 |
| DAILY SOUTHTOWN | UNSECURED | 21.44 | NA | NA | .00 | .00 |
| DEBT RECOVERY SOLUTI | UNSECURED | 596.24 | 596.24 | 596.24 | 34.52 | .00 |
| SPRINT | UNSECURED | 596.24 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 459.10 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 179.60 | NA | NA | .00 | .00 |
| ADT | UNSECURED | 793.26 | NA | NA | .00 | .00 |
| FEATURE FILMS FOR FA | UNSECURED | 30.85 | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 77.65 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 77.65 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 206.87 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 206.87 | NA | NA | .00 | .00 |
| FISHER & SHAPIRO | OTHER | .00 | NA | NA | .00 | .00 |
| COMPUCREDIT CORPORAT | UNSECURED | 417.96 | 580.78 | 580.78 | 33.63 | .00 |
| IMAGINE | UNSECURED | 580.78 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 625.89 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 625.89 | NA | NA | .00 | .00 |
| KRISTEN E STEEVES | UNSECURED | 5,000.00 | 2,575.76 | 2,575.76 | 159.47 | .00 |
| ATLANTIC CREDIT FINA | UNSECURED | 677.84 | NA | NA | .00 | .00 |
| LINEBARGER GOGAN BLA | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MICHELLE BROUGHTON | OTHER | .00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 53.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDWEST DIAGNOSTIC P | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 512.98 | 1,110.18 | 1,110.18 | 61.62 | .00 |
| NICOR GAS | UNSECURED | 1,447.55 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,251.07 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,378.49 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 317.29 | 636.66 | 636.66 | 35.33 | .00 |
| HSBC ORCHARD BANK | UNSECURED | 203.89 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 1,940.78 | 1,740.78 | 1,740.78 | 96.61 | .00 |
| DIRECT MERCHANTS | UNSECURED | 637.44 | NA | NA | .00 | .00 |
| PRIMARY CARE PARTNER | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| PRIMARY CARE PARTNER | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| PRIMARY CARE PARTNER | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| PRIMARY CARE PARTNER | UNSECURED | 218.00 | NA | NA | .00 | .00 |
| PRIMARY CARE PARTNER | UNSECURED | 129.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET PARK | UNSECURED | 508.96 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | OTHER | .00 | NA | NA | .00 | .00 |
| SUBURBAN ER PHYSICIA | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| SUBURBAN ER PHYSICIA | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 1,940.78 | NA | NA | .00 | .00 |
| COMPUCREDIT CORPORAT | UNSECURED | 457.91 | 625.89 | 625.89 | 34.73 | .00 |
| TRIBUTE | UNSECURED | 625.89 | NA | NA | .00 | .00 |
| VILLAGE OF TINLEY PA | UNSECURED | 137.35 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 692.71 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 692.71 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MARGARET M MITCHELL | UNSECURED | 1,298.00 | NA | NA | .00 | .00 |
| PRIMARY CARE PARTNER | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 7,025.41 | 7,025.41 | 1,330.90 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,999.00 | 1,102.40 | 199.63 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,999.00 | 1,102.40 | 199.63 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,515.48 | 2,515.48 | .00 |
| **TOTAL PRIORITY:** | 2,515.48 | 2,515.48 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 29,740.60 | 2,686.11 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,890.45 |
| Disbursements to Creditors | $ | 6,503.62 |
| **TOTAL DISBURSEMENTS:** | $ | 10,394.07 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/25/2011 /s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**